### DUKE et al. v. HILL.

BECK, J. This case is brought here for review by a bill of exceptions sued out to an order consolidating two cases with a third case and providing that the three cases should be tried as one case. *Held,* that the bill of exceptions must be dismissed, it not appearing that there has been any such final decision or judgment in any one of the cases as is reviewable here in a direct bill of exceptions to this court. If the court below erred in passing the order, the proper remedy was to file exceptions pendente lite in that court.

*Writ of error dismissed. All the Justices concur.*

Submitted June 17, 1908.—Decided February 22, 1909.

Injunction; from Jackson. Motion to dismiss the writ of error.

*J. S. Ayers,* for plaintiffs in error.

*John J. Strickland* and *J. A. B. Mahaffey,* contra.